IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BOARD OF COMMISSIONERS OF MONTGOMERY COUNTY, OHIO, on behalf of MONTGOMERY COUNTY, OHIO; and BOARD OF COMMISSIONERS OF SENECA COUNTY, OHIO on behalf of SENECA COUNTY, OHIO, with all on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY AS CONSERVATOR FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION AND FEDERAL HOME LOAN MORTGAGE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE, a federally chartered corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, a federally chartered corporation,<br>    Defendants. | No. 3:12-cv-245<br><br>District Judge Thomas M. Rose<br><br>Magistrate Judge Sharon L. Ovington |

## ORDER GRANTING CONSENT MOTION REGARDING BRIEFING SCHEDULE

Upon the Consent Motion of Defendants, and for good cause, it is ordered that Defendants shall file any motion to dismiss the Consolidated Amended Class Action Complaint no later than November 19, 2012; Plaintiffs shall respond to the motion to dismiss no later than December 20, 2012; and Defendants shall file a reply brief in support of the motion to dismiss no later than January 15, 2013.

IT IS SO ORDERED.

November 26, 2012    s/Thomas M. Rose
                                    United States Judge

4844-8633-6785.1